UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTONIO RAMIREZ,

    Plaintiff,

v.                                         CASE NO: 2:23-cv-308-SPC-NPM

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant, Walmart Stores East, L.P., (hereinafter "Walmart") by and through the undersigned counsel and pursuant to Local Rule 3.08, respectfully advises the Court that the parties have completely resolved all claims to their mutual satisfaction with each party to bear their own costs and attorney's fees.

    Respectfully submitted,

    **/s/ Madison A. Tanner**
    Amanda J. Sharkey Ross
    Madison A. Tanner

    I HEREBY CERTIFY that on September 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Benjamin Cohen, Esquire
Morgan & Morgan, P.A.
8151 Peters Road, 4th Floor
Plantation, FL  33324
Tel:  954-694-9570
Fax:  954-210-7383
bcohen@forthepeople.com
vstetson@forthepeople.com
skrieger@forthepeople.com
Attorney for Plaintiff

                                                  **/s/ Madison A. Tanner**
                                                  AMANDA J. SHARKEY ROSS
Florida Bar No. 598666
MADISON A. TANNER
Florida Bar No. 1011247
Attorneys for Defendant
Henderson, Franklin, Starnes & Holt, P.A.
Post Office Box 280
Fort Myers, Florida 33902-0280
Telephone:  239.344.1249
Fax:  239.344.1542
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
madison.tanner@henlaw.com
susan.peters@henlaw.com